**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name  WEAVER   WILLIE
      (Last)        (First)        (Initial)

Prisoner Number  J-91389

Institutional Address  PELICAN BAY STATE PRISON
P.O. Box 7000 CRESCENT CITY, CA. 95531

==================================================

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

WILLIE WEAVER )
(Enter the full name of plaintiff in this action.) )
 )
vs. ) Case No. _____
 ) (To be provided by the Clerk of Court)
~~COPES~~ FIRST WATCH )
WARDEN, ASSIST WARDEN, ) **COMPLAINT UNDER THE**
CAPTAIN, LIEUTENANT, ) **CIVIL RIGHTS ACT,**
SERGEANT, CORRECTIONAL ) OFFICER, INMATES,
(Enter the full name of the defendant(s) in this action) ) ON 05/17/08

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.  Exhaustion of Administrative Remedies.

   [**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

   A.  Place of present confinement  P.B.S.P

   B.  Is there a grievance procedure in this institution?
       YES (✓)    NO ( )

   C.  Did you present the facts in your complaint for review through the grievance procedure?
       YES (✓)    NO ( )

   D.  If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

COMPLAINT                          - 1 -

1.  Informal appeal _____

2.  First formal level_____

3.  Second formal level_____

4.  Third formal level _____

E. Is the last level to which you appealed the highest level of appeal available to you?

   YES ( )    NO (✓)

F. If you did not present your claim for review through the grievance procedure, explain why. __STILL BEING PROCESSED__

II. Parties.

   A. Write your name and your present address. Do the same for additional plaintiffs, if any.
   __WILLIE WEAVER PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY CA. 95531,__

   B. Write the full name of each defendant, his or her official position, and his or her place of employment.
   __FIRST WATCH WARDEN, ASSIST WARDEN__

COMPLAINT                              - 2 -

1  CAPTAIN, LIEUTENANT, SERGEANT
2  CORRECTIONAL OFFICERS ON 05/17/08
3  INMATES, 211, 110, 209.
4
5  III.   Statement of Claim.
6       State here as briefly as possible the facts of your case. Be sure to describe how each
7  defendant is involved and to include dates, when possible. Do not give any legal arguments or
8  cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
9  separate numbered paragraph.
10  SLEEP DEPRIVATION OF PLAINTIFF
11  OF HIS SLEEP ON FIRST WATCH
12  FROM HIS NEIGHBOR'S IN CELL
13  211, 110, 209, ON 05/17/08.
14  PLAINTIFF IS BEING AWOKEN FROM
15  SLEEP OF SENSORY DEVICE MACHINE
16  THESE ARE WITNESS THAT ARE HAVEING
17  THE SAME PROBLEMS, JOHN RABE D-58063
18  CARLOS LUTZ, MONTELELLOW
19  DEFENDANT(S) SHOWED DELIBERATE
20  INDIFFENCE UNDER THE EIGHT AMENDMENT
21  THAT CONSTITUTE CRUEL UNUSUAL
22  PUNISHMENT.
23  IV.   Relief.
24       Your complaint cannot go forward unless you request specific relief. State briefly exactly
25  what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
26  LIABILITY DAMAGES: 50,000
27  FIFTY THOUSAND DOLLARS, DUE TO
28  HARRASSMENTS, CONSPRIRACY

COMPLAINT                         - 3 -

1 U.S. CONSTITUTION VIOLATION
2 PUNITIVE DAMAGES: 50,000
3 FIFTY THOUSAND DOLLARS DUE TO: MENTAL
4 ANGUISH, STRESS DISORDER

5 I declare under penalty of perjury that the foregoing is true and correct.

7 Signed this  03  day of  17 , 20 08

  _Willy Weaver_
  (Plaintiff's signature)

COMPLAINT                                        - 4 -

